IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG HAPP, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05cv419 |
| v. | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 8th day of September, 2005, upon consideration of Plaintiff's MOTION TO COMPEL (*Document No. 10*) and Defendant's failure to file a reply thereto within seven (7) calendar days, contrary to the Court's May 23, 2005 Case Management/ Scheduling Order (*Document No. 7*), it is hereby **ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion to Compel is **GRANTED**. Defendant shall provide full and complete responses to Plaintiff's Request for Production of Documents Directed to Defendant on or before **September 15, 2005.**

BY THE COURT:

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Court Judge

cc: Joseph A. Collins, Esquire
Collins, Collins, Kantor & Maxwell
4255 Clark Street
Hamburg, NY 14075

Mark F. McKenna, Esquire
Email: mmckenna@nauticom.net

John F. Collins, Esquire
Patrick J. Donoghue, Esquire
Collins & Collins
267 North Street
Buffalo, NY 14201

J. Lawson Johnston, Esquire
Email: ljohnston@dmclaw.com